UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WYANDOT NATION OF KANSAS** ) <br> P.O. Box 171755 ) <br> Kansas City, Kansas 66117 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **GALE NORTON** ) <br> Secretary of the Interior, ) <br> U.S. Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> **ROSS O. SWIMMER** ) <br> Special Trustee ) <br> Office of Special Trustee ) <br> for American Indians ) <br> Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C.  20240 ) <br> ) <br> **JOHN W. SNOW** ) <br> Secretary of the Treasury ) <br> 1500 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20220 ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:05cv02491 <br><br><br><br> **MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT** | |

For the reasons set for in the Plaintiff's Motion for an Extension of Time to Serve it's Complaint, and the Court's Finding of good cause show it is this _____ day of April, 2006,

**ORDERED,**   That the Plaintiff shall be granted until July 28, 2006 to serve its complaint on the Defendants.

_____
Royce C. Lamberth
United States District Court Judge