UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WYANDOT NATION OF KANSAS )<br>P.O. Box 171755 )<br>Kansas City, Kansas 66117 )<br> )<br>             Plaintiff, )<br> )<br>v. )<br> )<br>GALE NORTON )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br> )<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee )<br>for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br> )<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br> )<br>             Defendants. )<br>_____) | Case No. 1:05cv02491<br><br><br><br>MOTION FOR EXTENSION<br>OF TIME TO SERVE<br>COMPLAINT | |

COMES NOW the Wyandot Nation of Kansas, by and through Counsel, to respectfully, for good cause shown, move this Court for a ninety (90) day extension of time within which to serve its complaints. This request is being made pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure.

  The Plaintiff, being an indigent Tribal Government, was unaware of the impending December 31, 2005, Statute of Limitations originally imposed by Public Law 107-153. The Plaintiff retained this Counsel a short time before that original deadline.

  Because neither the Plaintiff nor its lawyers could be sure that the aforementioned Statute of Limitations was going to be extended by the Congress of the United States, the Plaintiff's Counsel chose to draft and file the Plaintiff's Complaint in order to meet that December 31, 2005 deadline.

  Now that Public Law 107-153 has been amended to extend the aforementioned Statute of Limitations until December 31, 2006, the Plaintiff desires to take the additional ninety (90) days it is requesting in order to determine its need to amend its Complaint under Rule 15 of the Federal Rules of Civil Procedure before its Complaint is served.

  Because the aforementioned complaint has not been served on any of the Defendants, the Defendants will not be prejudiced by this request. The ninety (90) day extension herein requested will serve Justice and promote judicial economy by ensuring that the issues presented are framed in the clearest manner possible.

  Because this Motion is being filed before the Plaintiff's original deadline for service of process under Rule 4 (m) of the Federal Rules of Civil Procedure, this Court has the authority to grant this Motion under Rule 6 (b) of those Rules.

RESPECTFULLY MOVED

DATED THIS 20th of APRIL ,2006


OF COUNSEL:         /s/_____
              Patricia A. Marks, Esq.
              U.S. District Court Bar # 446702
              15992 A.E. Mullinix Road
              Woodbine, Maryland 21797-8440
              Tel: 1-410-489-4553
              Fax: 1-301-854-5117
              Email: Markspattyesq@aol.com

/s/_____
Gregory A. Yates, Esq.
California State Bar # 63259 (2005)
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: 1-310-858-6944
Fax: 1-818-905-7038
Email:gyates@gregoryyates.net


_____


Attorneys for Plaintiff