UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WYANDOT NATION OF KANSAS** <br> P.O. Box 171755 <br> Kansas City, Kansas 66117 <br><br> Plaintiff, <br><br> v. <br><br> **GALE NORTON** <br> Secretary of the Interior, <br> U.S. Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 <br><br> **ROSS O. SWIMMER** <br> Special Trustee <br> Office of Special Trustee <br> for American Indians <br> Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 <br><br> **JOHN W. SNOW** <br> Secretary of the Treasury <br> 1500 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20220 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:05cv02491 <br><br><br><br><br><br><br> **MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT** |

    For the reasons set for in the Plaintiff's Motion for an Extension of Time to Serve it's Complaint, and the Court's Finding of good cause show it is this _____ day of April, 2006,

**ORDERED,**    That the Plaintiff shall be granted until July 28, 2006 to serve its complaint on the Defendants.

                                                                                  _____
                                                                                 Royce C. Lamberth
                                                                                  United States District Court Judge