UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WYANDOT NATION OF KANSAS<br>P.O. Box 171755<br>Kansas City Kansas 66117 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 1:05CVO2491 RCL |
| v. | )<br>) | Judge: Royce C. Lamberth |
| GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

_____

As required by LCvR 83.2(d), I Walter J. Lack declare under penalty of perjury as follows:

1. My legal name is Walter John Lack.

2. My office address and telephone number are:
     Engstrom, Lipcomb & Lack
     10100 Santa Monica Boulevard
     16th Floor
     Los Angeles, California 90067-4107
     (310) 552- 3800

3. I have been a member of the State Bar of California since November 8, 1973. I am also admitted to practice law before the following courts:
     The United States District Court for the Central District of California

    Admitted – November 8, 1973

    The United States District Court for the Ninth Circuit
    Admitted- 1973

    The United States Supreme Court
    Admitted – 1981

    The United States District Court for the District of Hawaii,
    Admitted, February 1, 2001

    The United States District Court for the District of Indiana,
    Indianapolis Division
    Admitted- June 2004

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 16th day of February 2006.

    /s/_____
    Walter John Lack
    California Bar # 57550
    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067
    (310) 552-3800