UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WYANDOT NATION OF KANSAS,** | ) | |
| P.O. Box 171755 | ) | |
| Kansas City, Kansas 66117 | ) | |
|          Plaintiff, | ) | Case No. 1:05CVO2491 RCL |
| | ) | |
| v. | ) | |
| | ) | |
| **GALE NORTON** | ) | |
| Secretary of the Interior, | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | **ORDER FOR ADMISSION OF** |
| Washington, D.C. 20240 | ) | **WALTER J. LACK -PRO HAC VICE** |
| | ) | |
| **ROSS O. SWIMMER** | ) | |
| Special Trustee | ) | |
| Office of Special Trustee | ) | |
| for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| **JOHN W. SNOW** | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
|          **Defendants.** | ) | |

_____

For the reasons set for in the Motion filed by Attorney Walter J. Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Walter's J. Lack's Declaration dated February 16, 2006, which demonstrates that Attorney Lack meets all of the requirements of LCvR 83.2 (d),  it is ORDERED, this _____ day of April, 2006,  that Attorney Walter Lack's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge