UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYANDOT NATION OF KANSAS )<br>P.O. Box 171755 )<br>Kansas City Kansas 66117 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALE NORTON )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee )<br>for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>)<br>Defendants. )<br>) | Case No. 1:05CVO2491 RCL<br><br>Judge: Royce C. Lamberth<br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

_____

As required by LCvR 83.2(d), I Rahul Ravipudi declare under penalty of perjury as follows:

1. My legal name is Rahul Ravipudi.

2. My office address and telephone number are:
   Engstrom, Lipcomb & Lack
   10100 Santa Monica Boulevard
   16th Floor
   Los Angeles, California 90067-4107
   (310) 552- 3800

3. I have been a member of the State Bar of California since December of 1999. I am also admitted to practice law before the United States District Courts for the Eastern and Central Districts of California

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 11th day of May 2006.

/s/_____
Rahul Ravipudi
California Bar # 204519
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800