UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WYANDOT NATION OF KANSAS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2491 (RCL) |
| | ) | |
| GALE NORTON, | ) | |
| Secretary of the Interior, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons set for in the Motion [7] filed by Attorney Rahul Ravipudi and signed by Attorney Patricia A. Marks, a member in good standing of this Bar, and following a review of the Rahul Ravipudi's Declaration dated May 11, 2006, which demonstrates that Attorney Ravipudi meets all of the requirements of LCvR 83.2 (d), it is hereby

ORDERED, that Attorney Rahul Ravipudi's Motion for admission to appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.