UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WYANDOT NATION OF KANSAS </br> P.O. Box 171755 </br> Kansas City, Kansas 66117 </br> </br> Plaintiff, </br> </br> v. </br> </br> GALE NORTON </br> Secretary of the Interior, </br> U.S. Department of the Interior </br> 1849 C Street, N.W. </br> Washington, D.C. 20240 </br> </br> ROSS O. SWIMMER </br> Special Trustee </br> Office of Special Trustee </br> for American Indians </br> Department of the Interior </br> 1849 C Street, N.W. </br> Washington, D.C. 20240 </br> </br> JOHN W. SNOW </br> Secretary of the Treasury </br> 1500 Pennsylvania Avenue, N.W. </br> Washington, D.C. 20220 </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 1:05cv02491 </br> </br> </br> </br> </br> </br> NOTICE OF RELATED CASES |

NOTICE OF RELATED CASES

     In Compliance with Rule 45 (b)(2), Plaintiff's Counsel hereby notifies this Court of the following cases which involve one or more of the same Defendants and similar issues. The first list includes those cases which were noted by Plaintiff's Attorneys on the date the original complaint was filed in December of 2005. The second list contains cases which were filed or discovered after that original Related Cases Notice was sent to the Court.

Cases Noted in Prior Related Case Filing in 2005:

| | |
|---|---|
| Rosebud Sioux Tribe v. Norton | 05-cv-2492 (RCL) |
| Winnebago Tribe of Nebraska v. Norton | 05-cv-2493 (RCL) |
| Lower Brule Sioux Tribe v. Norton | 05-cv-2495 (RCL) |

| | |
|---|---|
| Prairie Band of Potawatomi v. Norton | 05-cv-2496 (RCL) |
| Cobell v, Norton | 96-cv-01285 (RCL) |

New Related Cases Filed or Discovered After the 2005 Filing**:**

| | |
|---|---|
| Omaha Tribe of Nebraska v. Norton | 04-cv-0901 (RCL) |
| Crow Creek Sioux Tribe v. Norton | 04-cv-0900 (RCL) |
| Assiniboine Sioux Tribe v. Norton | 02-cv-35 (RCL) |
| Standing Rock Sioux Tribe v. Norton | 02-cv-40 (RCL) |
| Chippewa Cree Tribe v. Norton | 02-cv-276 (RCL) |
| Santee Sioux Tribe v. Norton | 03-cv-1602 (RCL) |
| Yankton Sioux Tribe v. Norton | 03-cv-1603 (RCL) |
| Western Shoshone v. USA | 03-cv-2009 (RCL) |

Respectfully submitted this 15th  day of June 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Additional Related Cases was served on June 16, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid unless otherwise noted below, on the following counsel:

Jennifer Allaire
U.S. Department of Justice
601 D. Street N.W.
Washington, D.C. 20004
(202) 305-0456

Anthony P. Hoang
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20004-0663

                                      _____/s/_____
Patricia Ann Marks, Esq.
U.S. District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21797
(410) 489-4553