UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| Wyandot Nation of Kansa ) <br> P. O. Box 171755 ) <br> Kansas City, Kansas 66117 ) <br>      Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> GALE NORTON ) <br> Secretary of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> ROSS O. SWIMMER ) <br> Special Trustee ) <br> Office of Special Trustee for ) <br> American Indians ) <br> Department of Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> JOHN W. SNOW ) <br> Secretary of the Treasury ) <br> 1500 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20220 ) <br> ) <br>      Defendant. ) | CASE NO. 1:05CV02491 RCL <br><br><br> MOTION FOR ADMISSION <br> PRO HAC VICE |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Thomas Vincent Girardi, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Thomas Vincent Girardi to appear *pro hac*

*vice* in the above entitled action on behalf of the Plaintiff, the Wyandot Nation of Kansas. This motion is supported by the accompanying Declaration of Thomas Vincent Girardi prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Girardi meets all of the requirements of that local rule.

Respectfully submitted this 22nd day of June, 2006.


/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797



/s/_____
Thomas V. Girardi, Esq.
Girardi|Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211