# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| Wyandot Nation of Kansas )<br>P.O. Box 171755 )<br>Kansas City, Kansas 66117 )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>GALE NORTON )<br>Secretary of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>　　　　　　　　　　　　　　　)<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for )<br>American Indians )<br>Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>　　　　　　　　　　　　　　　)<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant. ) | CASE NO. 1:05CV02491 RCL<br><br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

　　　　As required by LCvR 83.2(d), I, Thomas V. Girardi, declare under penalty of perjury as follows:

　　　　1.　　My legal name is Thomas Vincent Girardi.

　　　　2.　　My office address and telephone number are:

>   Girardi|Keese
>   1126 Wilshire Boulevard
>   Los Angeles, California 90017
>   (213) 977-0211

3. I have been a member of the State Bar of California since January 13, 1965. I am also admitted to practice law before the following courts:

   The United States District Court for the Central District of California
   Admitted-January 1965

   The United States Supreme Court
   Admitted-January 1965

   The United States District Court for the District of Hawaii
   Admitted, 2001

   The United States District Court for the District of Indiana
   Admitted, 2004

   The United States District Court for the District of Louisiana
   Admitted, 2006

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 22nd day of June, 2006.


/s/_____
Thomas V. Girardi, Esq.

2

Girardi|Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

3