## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| Wyandot Nation of Kanas )<br>P.O. Box 171755 )<br>Kansas City, Kansas 66117 )<br>         Plaintiff, )<br>                              )<br>    v.                       )<br>                              )<br>GALE NORTON )<br>Secretary of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>                              )<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for )<br>American Indians )<br>Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>                              )<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>                              )<br>         Defendant. )  | CASE NO. 1:05CV02491 RCL<br><br><br>ORDER FOR ADMISSION OF<br>THOMAS V. GIRARDI – PRO<br>HAC VICE |

For the reasons set for in the Motion filed by Attorney Thomas V. Girardi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Thomas V. Girardi's Declaration dated June 22, 2006, which demonstrates that Attorney Girardi meets all of the requirements

2

of LCvR83.2(d). It is ORDERED, this _____ day of June, 2006, that Attorney Thomas Girardi's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge

2