AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Wyandot Nation of Kansas

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et. al.

CASE NUMBER:   1:05-CV-02491 RCL

TO: (Name and address of Defendant)

KENNETH WAINSTEIN
UNITED STATES' ATTORNEY
555 4TH STREET N.W.
WASHINGTON, D.C. 21797

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARKS, ESQ.
15992 A.E. MULLINIX ROAD
WOODBINE, MARYLAND 21797

an answer to the *AMENDED* complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. *AMENDED*

NANCY M. MAYER-WHITTINGTON          7/14/2006

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  July 10, 2006 |
| NAME OF SERVER *(PRINT)*  Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _I served by certified return receipt US Mail_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Aug 4 2006_  
           Date

*Signature of Server*: Patricia Marks

15992 AE Mullenix Rd  
Woodbine MD 21797

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emmett L Parker_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUL 1 0 2006 |
| 1. Article Addressed to:<br><br>KENNETH WAINSTEIN<br>UNITED STATES ATTORNEY<br>555 4TH STREET N.W.<br>WASHINGTON, D.C. 20530<br><br>_Wyandot_ | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE — First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Patricia Marks, Esq
15992 A.E. Mullinix Road
Woodbine, Maryland 21797



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $4.05 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.30 |

Postmark Here — WOODBINE, MD 21797 — 07/17/2006

Sent To: KENNETH WAINSTEIN
Street, Apt. No.; or PO Box No.: UNITED STATES ATTORNEY 555 4TH STREET N.W.
City, State, ZIP+4: WASHINGTON, D.C. 20530

7004 2510 0006 0537 1575

PS Form 3800, June