UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WYANDOT NATION OF KANSAS<br>P.O. Box 171755<br>Kansas City, Kansas 66117 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 1:05CVO2491 RCL |
| v. | )<br>) | |
| GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | Judge Royce C. Lamberth |
| ROSS O. SWIMMER<br>Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | Motion for Admission<br>Pro Hac Vice |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

_____

Pursuant to LCvR 83.2(d), the undersigned attorney, a member in good standing of the bar of this Court, hereby respectfully moves this Court to permit Brian Leinbach to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff, the Wyandotte Nation of Kansas. This motion is supported by the accompanying Declaration of Brian Leinbach prepared in accordance with LCvR 83.2(d) and that Declaration demonstrates that Attorney Leinbach meets the requirements of that local rule.

Respectfully submitted this 7th day of September 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553