UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WYANDOT NATION OF KANSAS<br>P.O. Box  171755<br>Kansas City, Kansas 66117 | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No.1:05CVO2491 RCL |
| | ) | |
| v. | )<br>) | Judge: Royce C. Lamberth |
| GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>) | |
| | ) | Declaration to Accompany |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | Motion for Admission<br>Pro Hac Vice |
| | ) | |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>) | |
| | ) | |
| Defendants. | )<br>) | |

_____

DECLARATION OF  BRIAN J. LEINBACH

As required by LCvR 83.2(d), I BRIAN J. LEINBACH, declare under penalty of perjury as follows:

1.  My legal name is Brian J. Leinbach

2.  My office address and telephone number are:
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4107
(310) 552- 3800

3.  I have been a member of the State Bar of California since December 14, 1992.  I
am also admitted to practice law before the United States District Court for the
Central District of California in December 14, 1992.

4. I have never been disbarred or suspended from the practice of law.  I have also not been
disciplined by any Bar.

5.  I have not been admitted to appear *pro hac vice* in the United States District Court for
the District of Columbia within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.  I
am not a member of the District of Columbia Bar Association, and I do not have an application
for membership pending with the District of Columbia Bar.

Respectfully submitted this 6th day of  September, 2006.

/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800