UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYANDOT NATION OF KANSAS )<br>P.O. Box 171755 )<br>Kansas City Kansas 66117 )<br>    )<br>        Plaintiff,    )<br>    )<br>v.    )<br>    )<br>GALE NORTON    )<br>Secretary of the Interior,    )<br>U.S. Department of the Interior    )<br>1849 C Street, N.W.    )<br>Washington, D.C. 20240    )<br>    )<br>ROSS O. SWIMMER    )<br>Special Trustee    )<br>Office of Special Trustee    )<br>for American Indians    )<br>Department of the Interior    )<br>1849 C Street, N.W.    )<br>Washington, D.C. 20240    )<br>    )<br>JOHN W. SNOW    )<br>Secretary of the Treasury    )<br>1500 Pennsylvania Avenue, N.W.    )<br>Washington, D.C. 20220    )<br>    )<br>        Defendants.    )<br>    ) | Case No. 1:05CVO2491 RCL<br><br>Judge: Royce C. Lamberth<br><br><br>Order for Admission<br>Pro Hac Vice |

_____

For the reasons set for in the Motion filed by Attorney Brian Leinbach and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Brian Leinbach's Declaration filed September 7, 2006, which demonstrates that Attorney Leinbach meets all of the requirements of LCvR 83.2 (d), it is ORDERED, this _____ day of September, 2006, that Attorney Brian Leinbach's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge