UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wyandot Nation of Kansas<br>P.O. Box 171755<br>Kansas City, Kansas 66117<br><br>      Plaintiff,<br><br>v.<br><br>GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.1:05CVO2491<br><br>Judge: Royce C. Lamberth<br><br><br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

_____

DECLARATION OF KEITH D. GRIFFIN

  As required by LCvR 83.2(d), I Keith D. Griffin declare under penalty of perjury as follows:

1. My legal name is Keith D. Griffin.

2. My office address and telephone number are:
   Girardi & Keese
   1126 Wilshire Blvd.
   Los Angeles, CA 90017
   (213) 977-0211

3. I have been a member of the State Bar of California since December of 1999. I am also admitted to practice law before the United States District Courts for the

Central District of California.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 15th day of September 2006.

/s/_____
Keith D. Griffin
California Bar # 204388
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211