UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYANDOT NATION OF KANSAS,  )<br>P.O. Box 171755  )<br>Kansas City, Kansas 6611757548  )<br>  )<br>  )<br>  )<br>  )<br>  )   Case No. 1:05CVO2491 RCL<br>  )<br>v.  )<br>  )<br>GALE NORTON  )<br>Secretary of the Interior,  )<br>U.S. Department of the Interior  )<br>1849 C Street, N.W.  )   ORDER FOR ADMISSION<br>Washington, D.C. 20240  )   PRO HAC VICE<br>  )<br>ROSS O. SWIMMER  )<br>Special Trustee  )<br>Office of Special Trustee  )<br>for American Indians  )<br>Department of the Interior  )<br>1849 C Street, N.W.  )<br>Washington, D.C.  20240  )<br>  )<br>JOHN W. SNOW  )<br>Secretary of the Treasury  )<br>1500 Pennsylvania Avenue, N.W.  )<br>Washington, D.C. 20220  )<br>  )<br>            **Defendants.**  ) | |

_____

      For the reasons set for in the Motion filed by Attorney Keith Griffin and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Keith Griffin's Declaration filed September 15, 2006, which demonstrates that Attorney Griffin meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of September, 2006,  that Attorney Keith Griffin's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge