IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WYANDOT NATION OF KANSAS,           )
                                    )
          Plaintiff,                )
                                    )
     v.                             )          Case No. 1:05cv02491 (RCL)
                                    )
DIRK KEMPTHORNE,                    )
Secretary of the Interior, et al., )
                                    )
          Defendants.               )
_____)

## NOTICE OF APPEARANCE

To the Clerk:

     Please enter the appearances of Anthony P. Hoang, Martin J. LaLonde, and Kevin J. Larsen

as counsel of record for Defendants in this case.

     Service of all papers on Mr. Hoang, Mr. LaLonde, and Mr. Larsen by regular United States

mail should be made to the following mailing address:

     United States Department of Justice
     Environment and Natural Resources Division
     Natural Resources Section
     P.O. Box 663
     Washington, D.C. 20044-0663

     All hand or overnight-mail deliveries to Mr. Hoang, Mr. LaLonde, and Mr. Larsen should

be made to the following street address:

     United States Department of Justice
     Environment and Natural Resources Division
     Natural Resources Section
     601 D Street, N.W., Room 3150
     Washington, D.C.  20004

Respectfully submitted this 18th day of September, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG
Anthony.Hoang@usdoj.gov
FL Bar #798193

*/s/ Martin J. LaLonde*
MARTIN J. LALONDE
Martin.Lalonde@usdoj.gov
IL Bar #6218249

*/s/ Kevin J. Larsen*

KEVIN J. LARSEN
Kevin.Larsen@usdoj.gov
AZ Bar #019865
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0259
Fax: (202) 353-2120

Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on September 18, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

Mario Gonzalez
522 7th Street, Suite 202
Rapid City, SD  57701-2756
Fax: (605) 716-6357

Maurice Johnson
10844 Old Mill Road, Suite 4
Omaha, NE 68154
Fax: (402) 934-0714

                                        */s/ Anthony P. Hoang*
                                        ANTHONY P. HOANG