# United States District Court
# For the District of Columbia

| | |
|---|---|
| WYANDOT NATION OF KANSAS, ) | |
|     Plaintiff(s) ) | **APPEARANCE** |
| ) | |
| ) | |
|     vs. ) | CASE NUMBER 1:05 CV 02491 (RCL) |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al. ) | |
|     Defendant(s) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  WALTER J. LACK  as counsel in this
                             (Attorney's Name)

case for:  PRAIRIE BAND OF POTAWATOMI NATION
            (Name of party or parties)

NOVEMBER 17, 2006              /s/
_____             _____
Date                                      Signature

                                       WALTER J. LACK
                                       Print Name

California State Bar No. 57550      10100 Santa Monica Blvd., 16th Flr.
BAR IDENTIFICATION             Address

                                       Los Angeles, CA 90067-4107
                                       City      State      Zip Code

                                       310-552-3800
                                       Phone Number