# United States District Court
# For the District of Columbia

| | |
|---|---|
| WYANDOT NATION OF KANSAS, )<br>      Plaintiff(s) )<br>)<br>)<br>      vs. )<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al. )<br>      Defendant(s) ) | **APPEARANCE**<br><br>CASE NUMBER  1:05 CV 02491 (RCL) |

To the Clerk of this court and all parties of record:

Please enter the appearance of  BRIAN J. LEINBACH  as counsel in this
                       (Attorney's Name)

case for:  PRAIRIE BAND OF POTAWATOMI NATION
             (Name of party or parties)


NOVEMBER 17, 2006  
_____  
Date

California State Bar No. 161739  
BAR IDENTIFICATION

/s/  
_____  
Signature

BRIAN J. LEINBACH  
Print Name

10100 Santa Monica Blvd., 16th Flr.  
Address

Los Angeles, CA 90067-4107  
City    State    Zip Code

310-552-3800  
Phone Number