UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYANDOT NATION OF KANSAS<br>P.O. Box 171755<br>Kansas City, Kansas 66117<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE<br>Secretary of the Interior, et al.<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:05-CV-02491 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) NOTICE OF WITHDRAWAL OF<br>) NOTICE OF APPEARANCE BY<br>) PLAINTIFF<br>)<br>) |

TO THE COURT, AND TO ALL ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the Notice of Appearance filed electronically on November 17, 2006, Document No. 26, is hereby withdrawn, in that said document contained a typographically error and a corrected Notice of Appearance will be re-filed.

DATED THIS __17__ of November, 2006.

　　　　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　Brian J. Leinbach, Esq.
　　　　　　　　　　　　　　　California State Bar #161739
　　　　　　　　　　　　　　　bleinbach@elllaw.com
　　　　　　　　　　　　　　　ENGSTROM, LIPSCOMB & LACK
　　　　　　　　　　　　　　　10100 Santa Monica Blvd, 16th Floor
　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　Tel: 1-310-552-3800
　　　　　　　　　　　　　　　Fax: 1-310-552-9434