A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WYANDOT NATION OF KANSAS )
          Plaintiff(s) )
           ) **APPEARANCE**
           )
          vs. )  CASE NUMBER   1:05 CV 02491 (RCL)
DIRK KEMPTHORNE, Secretary of the )
Interior. et al. )
          Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  WALTER J. LACK  as counsel in this
                                 (Attorney's Name)

case for:  WYANDOT NATION OF KANSAS
              (Name of party or parties)

NOVEMBER 17, 2006
Date

/s/
Signature

WALTER J. LACK
Print Name

California State Bar No. 57550
BAR IDENTIFICATION

10100 Santa Monica Blvd., 16th Flr.
Address

Los Angeles, CA 90067-4107
City    State    Zip Code

310-552-3800
Phone Number