AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WYANDOT NATION OF KANSAS )
        Plaintiff(s) )  **APPEARANCE**
        vs. )  CASE NUMBER   1:05 CV 02491 (RCL)
DIRK KEMPTHORNE, Secretary of the )
Interior. et al. )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  BRIAN J. LEINBACH  as counsel in this
              (Attorney's Name)

case for: WYANDOT NATION OF KANSAS
            (Name of party or parties)

NOVEMBER 17, 2006          /s/
Date                                       Signature

                                        BRIAN J. LEINBACH
California State Bar No. 161739    Print Name
BAR IDENTIFICATION
                                      10100 Santa Monica Blvd., 16th Flr.
                                      Address

                                      Los Angeles, CA 90067-4107
                                      City         State        Zip Code

                                      310-552-3800
                                      Phone Number