**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WYANDOT NATION OF KANSAS | ) | |
| P.O. Box 171755 | ) | |
| Kansas City, Kansas 66117 | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05-CV-02491 RCL |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE | ) | NOTICE OF WITHDRAWAL OF |
| Secretary of the Interior, et al. | ) | ATTORNEY OF RECORD FOR |
| | ) | PLAINTIFF |
| Defendants. | ) | |
| | ) | |

TO THE COURT, AND TO ALL ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that RAHUL RAVIPUDI is no longer with the firm of

Engstrom, Lipscomb & Lack and hereby withdraws as counsel of record for Plaintiffs in this

matter.

DATED THIS 21st of November, 2006.


OF COUNSEL:                         ____/s/_____
                                    Patricia A. Marks, Esq.
                                    U.S. District Court Bar # 446702
                                    Markspattyesq@aol.com
                                    15992 A.E. Mullinix Road
                                    Woodbine, Maryland 21797-8440
                                    Tel:  (410) 489-4553
                                    Fax: (301) 854-5117


                                    _____/s/_____
                                    Rahul Ravipudi


1

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing **NOTICE OF WITHDRAWAL OF**

**ATTORNEY OF RECORD FOR PLAINTIFF** was served electronically, this 21st day of

November, 2006 upon each of the parties listed below:

Anthony Hoang
Jennifer Allaire
U.S. Department of Justice
601 D. Street N.W.
Washington, D.C.

Alberto Gonzalez
Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Dirk Kempthorne
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Ross O. Swimmer
Special Trustee
Office of Special Trustee for American Indians
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Henry Paulson
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Kenneth Wainstein
United States Attoroney – D.C.
555 4th Street N.W.
Washington, D.C. 20530

_____/s/_____
Patricia A. Marks, Esq.
U.S. District Court Bar # 446702
Markspattyesq@aol.com
15992 A.E. Mullinix Road
Woodbine, Maryland 21797-8440

Tel:  (410) 489-4553
Fax: (301) 854-5117