IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYANDOT NATION OF KANSAS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, <u>et</u> <u>al.</u>, ) <br> ) <br>     Defendants. ) <br> _____) | No. 1:05cv02491 (JR) |

## **NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of Kevin J. Larsen as additional counsel for defendants in this case.

    Service of all papers on Mr. Larsen by regular United States mail should be made to the following address:

        Kevin J. Larsen
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 305-0258
        Facsimile: (202) 353-2021
        E-mail: kevin.larsen@usdoj.gov

Express Delivery:

        601 D. Street, N.W.
        Room 3129
        Washington, D.C. 20004

    Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang and Martin J. LaLonde, co-counsel

for the defendants.

   Respectfully submitted this 27th day of March, 2007,

                                   */s/ Kevin J. Larsen*
                                   KEVIN J. LARSEN

ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
KEVIN J. LARSEN, AZ Bar #019865
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20220

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on March 27, 2007, by Electronic Case Filing or by regular United States Mail, first-class postage pre-paid, and electronic mail transmission or telefax, unless otherwise noted below, on the following counsel:

BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Tel:  (410) 489-4553
Fax: (301) 854-5117

THOMAS V. GIRARDI
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel:  (213) 977-0211
Fax: (213) 481-1554

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel:  (310) 858-6944
Fax: (818) 905-7038

*/s/ Kevin J. Larsen*

KEVIN J. LARSEN