IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT COLUMBIA

|  |  |
|---|---|
| WYANDOT NATION OF KANSAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALE NORTON, SECRETARY OF THE )<br>INTERIOR, et al., )<br>)<br>Defendants. )<br> | 05-CV-002491 (JR) |

## MOTION FOR LEAVE TO FILE OUT OF TIME

Defendant respectfully makes this motion for leave to file out of time Defendant's motion for remand and for stay of litigation. Pursuant to the Court's July 31, 2007, Order, the motion was due by August 10, 2007. Due to the need to file motions for remand in thirty-seven related cases, counsel inadvertently filed duplicate a duplicate Motion for Remand and Stay of Litigation in Rosebud Sioux Tribe v. United States, No. 1:05-cv-02492-JR. As a result the motion in this case was not filed until approximately 1:00 a.m. on August 11, 2007. Due to the late hour of this filing, Defendant was unable to contact Plaintiff's counsel to obtain counsel's position on this motion. The granting of this unopposed motion would not cause any undue prejudice or harm to the rights and interests of Plaintiff.

For these reasons, the Court should grant Defendants' Motion for Leave to File Out of Time.

Respectfully Submitted, August 11, 2007,      /s/ *Kevin J. Larsen*
                                               KEVIN J. LARSEN, AZ Bar #019865
                                               ANTHONY P. HOANG, FL Bar #798193

MARTIN J. LALONDE, IL Bar #6218249
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0258
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0465
Fax: (202) 353-2021

Counsel for Defendants

OF COUNSEL:

THOMAS KEARNS
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20220