IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT COLUMBIA

| | | |
|---|---|---|
| WYANDOT NATION OF KANSAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-CV-002491 (JR) |
| | ) | |
| GALE NORTON, SECRETARY OF THE INTERIOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

This matter having come before the Court on Defendants' Motion for Leave to File Out of Time Defendants' Motion for a Remand and Stay of Litigation, and the Court being advised of the premises, it is hereby ORDERED that Defendants' Motion for Leave to File Out of Time is GRANTED.

SO ORDERED.

Date:_____                                              _____
                                                            HON. JAMES ROBERTSON
                                                            United States District Court Judge