## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYANDOT NATION OF KANSAS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2491 (JR) |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | : |
| Defendants. | : |

### ORDER

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.

>                                JAMES ROBERTSON
>                         United States District Judge